IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** <br> *Plaintiff* <br><br> v. <br><br> **TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.** <br> *Defendant* | **CIVIL ACTION** <br><br> NO. 12-6796  (Consolidated) |
| **INFINITY COMPUTER PRODUCTS, INC.** <br> *Plaintiff* <br><br> v. <br><br> **LEXMARK INTERNATIONAL, INC.** <br> *Defendant* | **CIVIL ACTION** <br><br> NO. 12-6799 |

# ORDER

**AND NOW**, this 23rd day of February 2018, upon consideration of Defendant Lexmark International, Inc.'s ("Defendant") motion to transfer for improper venue filed in Civil Action No. 12-6799, [ECF 71], Plaintiff Infinity Computer Products, Inc.'s ("Plaintiff") response in opposition, [ECF 72], Defendant's reply, [ECF 78], and Plaintiff's *sur*-reply, [ECF 80], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to transfer is **GRANTED**.  The Clerk of Court is directed to **TRANSFER** *Infinity Computer Products, Inc. v. Lexmark International, Inc.*, Civil Action No. 12-6799, to the United States District Court for the Eastern District of Kentucky pursuant to 28 U.S.C. § 1406(a), and to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*