UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) ) ) | Civil Case No. |
| Plaintiff, | ) ) | 5:18-cv-198-JMH |
| v. | ) ) | **ORDER** |
| | ) ) | |
| LEXMARK INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) | |

\*\*\*

It has come to the Court's attention that attorney Paul J. Kennedy has appeared as co-counsel for Defendant Lexmark International, Inc. in this matter but has not moved for *pro hac vice* admission to practice before the United States District Court for the Eastern District of Kentucky.

This matter, as it pertains to Lexmark, was transferred to this Court on February 23, 2018. [DE 82, 83]. On March 26, 2018, Notice was sent to Kennedy indicating that the Clerk could not locate records indicating that Kennedy was admitted to practice before the United States District Court for the Eastern District of Kentucky. [DE 91]. Additionally, the Notice referred to procedure for admission *pro hac vice* found in LR 83 of the Joint Local Rules for the United States Courts of the Eastern and Western Districts of Kentucky. [*Id*.]. Finally, the Notice asked that

Kennedy either complete an application to appear *pro hac vice* or move for *pro hac vice* admission within thirty (30) days.  [*Id.*].

Kennedy is reflected as co-counsel for Lexmark in the Parties' Joint Motion for Entry of Stipulated Protective Order [DE 128] and in the Stipulated Protective Order [DE 129].  In fact, the Joint Motion for Entry of Stipulated Protective Order indicates that Kennedy is admitted as counsel *pro hac vice* in this matter.  [*See* DE 128, p. 2].  The record, however, does not reflect that Kennedy had moved for *pro hac vice* admission to this Court or that he is admitted to practice before this Court.

Accordingly, **IT IS ORDERED** that **within fifteen (15) days of the date of entry of this ORDER**, Paul J. Kennedy, co-counsel for Defendant Lexmark, **SHALL** either withdraw from representation in above captioned case before this Court or move for *pro hac vice* admission to this Court, pursuant to LR 83.2.

This the 10th day of September, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge